UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JOHN PETERSON JANVIER,
535 MONCIA ROSE DR.APT#723
APOPKA, FLORIDA 32703
(407-394-7700)

CASE NUMBER: 6.17-CV-1001-ORL-40-DCI
VOTER REGISTRATION NUMBER: 123623677
DATE OF REGISTRATION: 06/17/2016

PLAINTIFF/PETITIONER,

-vs-

BILL COWLES, SUPERVISOR OF ELECTIONS
ORANGE COUNTY, FLORIDA
119 W. KALEY ST.
ORLANDO, FLORIDA 32806

DEFENDANT/RESPONDENT(S),
_____/

COMPLAINT/NOTICE OF APPEAL

COMES NOW, PLAINTIFF/PETITIONER, JOHN PETERSON JANVIER, VOTER REGISTRATION NUMBER: 123623677/PARTY:FLORIDA DEMOCRATIC PARTY, ORANGE COUNTY DEMOCRATIC BLACK CAUCUS MEMBER, PRO SE AND FILES THIS NOTICE OF APPEAL UNDER THE PROVISION [28 U.S.C. 1343(4), 441 U.S. 600 AND CHAPTER 98 SECTION 075(5) FLORIDA STATE STATUTES] DETERMINATION LETTER REMOVED.-SEE ATTCH DOCUMENTS DATED 05/08/2017 FOR THE FOLLOWING REASON(S):

1. CHARGE IS A **MISDEMEANOR**, AND IS ELIGILBLE TO VOTE.

RESPECTFULLY SUBMITTED,

*John Janvier*
JOHN PETERSON JANVIER,
535 MONICA ROSE DR.APT#723
APOPKA, FL 32703
PHONE: (407)394-7700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE A CORRENT COPY OF THE FOREGOING HAS BEEN FURNISHED BY U.S. MAIL TO THE CLERK OF US DISTRICT COURT, 401 W CENTRAL BLVD, ORLANDO, FL 32801

DATE: 5/31/2017