Link to info only



**BILL COWLES**
Supervisor of Elections
Orange County, Florida

*OUR MISSION IS TO:*

*Ensure the integrity of the electoral process.
Enhance public confidence.
Encourage citizen participation.*

| 201899155 | 123623677 | | 05/08/2017 | | EF |

JANVIER JOHN PETERSON
APARTMENT 723
535 MONICA ROSE DR
APOPKA FL  32703

Determination Letter
Removed

Upon review of the evidence presented regarding your eligibility to vote in Orange County, I'm writing to inform you that a final determination has been made and your voter registration has been removed.  You may not vote again until you meet the State's eligibility requirements and re-register.

You may appeal this decision in the Orange County Circuit Court under the provisions of F.S. 98.0755.

If you have further questions, please call our Customer Service Department at (407) 836-2070.

Carta de Determinación
Removido

Al revisar la evidencia presentada con respecto a su elegibilidad para votar en el Condado Orange, le queremos informar que se ha hecho una determinación final y su registro de votación ha sido removido.  Usted no podrá votar hasta que cumpla con los requisitos de elegibilidad del Estado y se inscriba nuevamente para votar.

Usted puede apelar esta decisión en la Corte de Circuito del Condado Orange bajo la provisión F.S. 98.0755.

Si tiene mas preguntas, por favor llame a nuestro Departamento de Servicio al Cliente al (407) 836-2070.

*Susan Scattoff*

119 West Kaley Street, Orlando ◻ Reply to: Post Office Box 562001, Orlando, Florida 32856
Phone (407) 836-2070 ◻ Fax (407) 254-6596 ◻ TDD (407) 422-4833 ◻ Internet: www.ocfelections.com



**Bill Cowles  -  Orange County Supervisor of Elections**
P.O. Box 562001  -  Orlando, Florida 32856-2001
Telephone: (407) 836-2070  FAX: (407) 254-6598  TTY: (407) 422-4833
Email - voter@ocfelections.com
Visit our website at www.ocfelections.com

3000 03/31/2017      123623677         36

EF   JOHN PETERSON JANVIER
     APARTMENT 723
     535 MONICA ROSE DR
     APOPKA FL  32703

Our office has received documentation that indicates you have been convicted of a felony and your civil rights are not restored.  A copy of this documentation is enclosed for your review.

If this is true then Florida law requires us to cancel your voter registration and you will not be allowed to vote again until your civil rights have been restored.  The Florida Office of Executive Clemency can be reached at (850) 488-2952 if you need additional information on the restoration of civil rights following a felony conviction.

If this is an error and you have not been convicted of a felony then please help us correct the error.  If you prefer to handle this matter in person you have the right to request a hearing to determine your eligibility to vote.

Please answer the questions below, sign your name and return this form within 30 days. Failure to respond within 30 days may result in your name being removed from the Orange County voter list.

If you have questions or need help in resolving this matter, please call our Customer Service Manager at (407) 254-6550.

_____ YES, the information is correct and my voter registration must be cancelled.
_✔_ NO, the information you have been given is incorrect. *I was NOT Personally before this Court Aug,21*
     _✔ Yes_ I request a hearing on this matter and **will bring proof** that I am not a
     **felon** or that I have my civil rights restored.        *2015.*
     _____ I do not request a hearing on this matter but have enclosed proof that I
     am not a felon or proof that my civil rights are restored.

Daytime telephone number: _(402) 394 -7700_
Current residence address: _535 Monica Rose Dr. Apopka, FL 32703_

Date: _4 - 16 - 2017_
PLEASE REMEMBER TO SIGN BELOW.

Yours sincerely,

*Bill Cowles*

If this letter asks for your signature,
please sign here and return this
letter in the enclosed envelope.

#123623677

*John Janvier*

*usps tracking Number: 70170530000743482*

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

**Track Another Package +**

Remove ✕

**Tracking Number:** 70170530000100743482

▶        ▶        ▶ Delivered

## Product & Tracking Information

**See Available Actions**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

**See tracking for related item:** 9590940227246351733906
(/go/TrackConfirmAction_input?tLabels=9590940227246351733906)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 20, 2017, 9:22 am | **Delivered, To Agent** | **ORLANDO, FL 32856** |

Your item has been delivered to an agent at 9:22 am on April 20, 2017 in ORLANDO, FL 32856.

| | | |
|---|---|---|
| April 19, 2017, 8:49 pm | Departed USPS Facility | ORLANDO, FL 32862 |
| April 18, 2017, 8:58 pm | Arrived at USPS Facility | ORLANDO, FL 32862 |
| April 18, 2017, 10:46 am | In Transit to Destination | |
| April 17, 2017, 3:01 pm | Departed Post Office | WINTER GARDEN, FL 34787 |
| April 17, 2017, 10:46 am | Acceptance | WINTER GARDEN, FL 34787 |

See Less ∧

## Available Actions

| Text Updates | ∨ |
|---|---|
| Email Updates | ∨ |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

**(https://reg.usps.com/entreg/Registratio**

**app=UspsTools&appURL=https%3A%2F**

(https://www.usps.com/)

**HELPFUL LINKS**

Contact Us
(https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)
Newsroom
(http://about.usps.com/news/welcome.htm)
USPS Service Updates
(http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications
(http://about.usps.com/forms-publications/welcome.htm)
Government Services (https://www.usps.com/gov-services/gov-services.htm)
Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway
(https://gateway.usps.com/)
Postal Inspectors
(https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum
(http://www.postalmuseum.si.edu/)
Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use
(http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 **(https://www.facebook.com/USPS?rf=108501355848630)**    **(https://twitter.com/usps)**

 **(http://www.pinterest.com/uspsstamps/)**    **(https://www.youtube.com/usps)**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supervisor of Elections

P. O. Box 562001

Orlando FL, 32856

9590 9402 2724 6351 7339 06

7017 0530 0001 0074 3482

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

CATHY DIXSON

D. Is delivery address different from Item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA,                          CASE NO. 48-2009-CF-16416-O-A

      Plaintiff,                         DIVISION: Apte

v.

JOHN PETERSON JANVIER,

      Defendant.
_____/

### VERDICT

_____ WE, THE JURY, find the Defendant GUILTY of Carrying a Concealed Firearm as charged in the Information.

_____ WE, THE JURY, find the Defendant GUILTY of the lesser included offense of Attempt to Commit Carrying a Concealed Firearm.

_____ WE, THE JURY, find the Defendant NOT GUILTY.

SO SAY WE ALL.

DATED at Orlando, Orange County, Florida on this __11TH__ day of August, 2010.


_____
FOREPERSON

In the Circuit Court of the
Ninth Judicial Circuit, in and
for Orange County, Florida

Division:  Div 11

Case No:  2009-CF-018418-A-O

State of Florida,

        Plaintiff.

v.

JOHN PETERSON JANVIER

        Defendant

Date of birth:     06/14/1986

*FVR5#123623677*
*DOB 06-14-1986*
*Date 03-31-17*
*VALID*

## JUDGMENT (Corrected as to Clarifying Charge)

The defendant, JOHN PETERSON JANVIER, being personally before this Court, represented by OFFICE OF PUBLIC DEFENDER, ESQUIRE , and the state represented by The State of Florida:

| Charges: | | Statute | OBTS | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 01 | ATTEMPT CARRYING A CONCEALED FIREARM | 790.01(2) 777.04 | | Third Degree - Felony | Found Guilty by Jury | Adjudicated Guilty |

Filed in Open Court on August 21, 2015 Nunc Pro Tunc September 28, 2016

Deputy Clerk in Attendance: Jill E.,

Office of Tiffany M. Russell, Orange County Clerk of the Circuit and County Courts





## State v. John Janvier, Case No. 2009-CF-16416-A-O

**Boyd, April** <cterab1@ocnjcc.org>                                      Mon, Dec 21, 2015 at 8:11 AM
To: zoe4life999@gmail.com <zoe4life999@gmail.com>
Cc: Felonyctrprting <Felonyctrprting@ocnjcc.org>

Good afternoon, Mr. Janvier,

Our office is in receipt of your transcript request for a hearing on August 21, 2015 in Case No. 2009-CF-16416-A-O.

After further review of our records, we determined that no in-court proceedings occurred on that date in your case.

If you require assistance determining the correct dates for the proceedings you would like transcribed, please inquire with the Clerk of Court's office to determine that information.

Thank you,

April Boyd | Lead Digital Court Reporter | Ninth Judicial Circuit

Orange County Courthouse | 435 N. Orange Avenue, Suite 102 | Orlando, FL 32801
(407.836.1158 |6 407.836.0447|*: cterab1@ocnjcc.org

From: zoe4life999@gmail com [mailto:noreply+ecfe91fb019a46e4@formstack com]
Sent: Sunday, December 13, 2015 11:48 AM
To: Peters, Nikki; Dexter, Jean; Claxton, Frances M.; Pelham, Vanessa; Boyd, April; Borders, Kayle
Subject: Court Reporting Services Request Form





## State v. John Janvier

1 message

**Boyd, April** <cterab1@ocnjcc.org>                                    Fri, Apr 7, 2017 at 5:52 PM
To: zoe4life999@gmail.com <zoe4life999@gmail.com>
Cc: Felonyctrprting <Felonyctrprting@ocnjcc.org>

Good afternoon,

There were no hearings on the r ecord for the August 21, 2015 date in the State v . John Janvier case.

Thank you,

April Boyd | Lead Digital Court Reporter | Ninth Judicial Circuit

Orange County Courthouse | 435 N. Orange Avenue, Suite 102 | Orlando, FL 32801
(407.836.2270 |6 407.836.0447|*: cterab1@ocnjcc.org

**From:** noreply@formstack.com [mailto:noreply@formstack.com ]
**Sent:** Thursday, April 06, 2017 5:47 PM
**To:** Peters, Nikki <ctrpnp1@ocnjcc.or g>; Dexter, Jean <ctrpjd1@ocnjcc.or g>; Claxton, Frances M.
<cterfm2@ocnjcc.or g>; Pelham, Vanessa <ctervp1@ocnjcc.or g>; Boyd, April <cterab1@ocnjcc.or g>;
Borders, Kayle <cterkb1@ocnjcc.or g>
**Subject:** Court Reporting Services Request F orm



## Formstack Submission for form Court Reporting Services Request Form

*Submitted at 04/06/17 5:47 PM*

**Select County for Request:**     Orange

**Name:**     John Janvier

| | |
|---|---|
| **Address:** | 535 Monica Rose Dr apt 723<br>Apopka, FL 32703 |
| **Phone:** | (407) 394-7700 |
| **Email:** | zoe4life999@gmail.com |
| **Defendant's Name:** | John Janvier |
| **Case Number:** | 2009-CF-016416 |
| **Charge:** | Attempt to commit carrying concealed firearm misdemeanor |
| **Date of Proceedings:** | Aug 21, 2015 |
| **Presiding Judge:** | Lubet, Marc L. |
| **Magistrate/Hearing Officer:** | Not Listed |
| **Division Number:** | 11 |
| **Relation to the Case:** | Other: Was there a ( Open Court /hearing time )on date August 21st 2015 for a judgement corrected as to Clarifying charge) on my case JOHN PETERSON JANVIER? |
| **Output Format:** | Written Transcription |
| **Presiding Judge:** | None |
| **Magistrate/Hearing Officer:** | None |
| **Presiding Judge:** | None |

**Magistrate/Hearing Officer:**    None

**Presiding Judge:**    None

**Magistrate/Hearing Officer:**    None

**Print Name of Requestor:**    John peterson janvier

**Date:**    Apr 06, 2017

Terms | Privacy
Copyright © 2017 Formstack, LLC. All rights reserved.
This is a customer service email.
Formstack, LLC
8604 Allisonville Rd.
Suite 300
Indianapolis, IN 46250

Filing # 55544827 E-Filed 04/25/2017 01:01:46 PM

1                                         IN THE CIRCUIT COURT OF THE
                                          NINTH JUDICIAL CIRCUIT, IN AND
2                                         FOR ORANGE COUNTY, FLORIDA
                                          CRIMINAL JUSTICE DIVISION
3

4      **STATE OF FLORIDA,**

5             Plaintiff,

6      vs.                                **CASE NUMBER:** 48-2009-CF-16416-A-O

7      **JOHN PETERSON JANVIER,**         **DIVISION NUMBER:**  11

8             Defendant./

9

10

11

12                        **A F F I D A V I T**

13

14            Whereas I, April Boyd, CER, being a Digital Court
       Reporter of the Ninth Judicial Circuit, Orange County,
15     Florida, assigned to oversee digital transcript
       production, make the following statement.
16
              Having made a thorough review of the digital
17     recordings for the date of August 21, 2015, before the
       Honorable Marc L. Lubet, no proceedings were recorded
18     on the aforementioned date in this case.

19

20            Certified this 25th day of April, 2017, in the
       County of Orange, State of Florida.

21

22                          __s/April Boyd, CER_____
                              April Boyd, CER
23                          Court Reporting Services
                               407-836-2270
24

25

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the instrument filed in this office.
Confidential or sealed items, if any, have been removed per Fla.R.Jud.Admin. 2.420
Witness my hand and official seal this ____ day of _____ 20__.
Tiffany Moore Russell, Clerk of the Circuit Court
By: _____  Deputy Clerk
        Ninth Judicial Circuit
        Court Reporting Services

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA CRIMINAL JUSTICE DIVISION

STATE OF FLORIDA,                    CASE NUMBER:48-2009-CF-16416-A-O

    PLAINTIFF,                       DIVISION NUMBER:11

VS.

JOHN PETERSON JANVIER,

    DEFENDANT.
_____/

## MOTION TO WITHDRAW COUNSEL
## THE OFFICE OF PUBLIC DEFENDER

COMES NOW THE DEFENDANT,JOHN PETERSON JANVIER, PRO SE AND MOVES THIS

HONORABLE COURT TO WITHDRAW COUNSEL THE OFFICE OF PUBLIC DEFENDER.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER
2152 RIDGE DR.
WINTER PARK, FLORIDA 32792

## CERTIFICATION OF SERVICE

I HERBY CERTIFY THAT ON THIS _21_ DAY OF _11,2013_ A TURE AND
CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHING VIA HAND
DELIVERY MAIL TO THE STATE ATTORNEY DIVISION 11, 415 NORTH
ORANGE AVENUE ORLANDO, FLORIDA 32801

Referred to Judge

# ORANGE COUNTY SUPERVISOR OF ELECTIONS

DATE: MAY 10,2016          VOTER NUMBER:123623677

BILL COWLES - ORANGE COUNTY SUPERVISOR OF ELECTIONS
P.O. BOX 562001- ORLANDO, FLORIDA 32856-2001
TELEPHONE:(407)836-2070 FAX:(407)254-6598

DEAR, BILL COWLES - ORANGE COUNTY SUPERVISOR OF ELECTIONS

I, JOHN PETERSON JANVIER, VOTER REGISTRATION NUMBER

[123623677] RESPECTFULLY REQUEST STATUS ON HEARING TIME

AND PLACE. PURSUANT TO CHAPTER 98 SECTION 075(5) FLORIDA

STATE STATUTES.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
535 MONICA ROSE DR. APT723
APOPKA, FLORIDA 32703
phone#(407)394-7700

USPS # 70160600000013437827
Tracking

# USPS Tracking® Results

FAQs  ›  (http://faq.usps.com/?articleId=220900)

**Track Another Package  +**

Remove ✕

**Tracking Number:** 70160600000113437827

▌ ▶        ▌ ▶           ▌  Delivered

## Product & Tracking Information

**See Available Actions**

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 12, 2017, 8:56 am** | **Delivered, PO Box** | **ORLANDO, FL 32806** |

Your item has been delivered and is available at a PO Box at 8:56 am on May 12, 2017 in ORLANDO, FL 32806.

| | | |
|---|---|---|
| May 11, 2017, 8:56 pm | Departed USPS Facility | ORLANDO, FL 32862 |
| May 10, 2017, 8:20 pm | Arrived at USPS Facility | ORLANDO, FL 32862 |
| May 10, 2017, 5:29 pm | Acceptance | APOPKA, FL 32712 |

**See More ∨**

## Available Actions

| | |
|---|---|
| **Text Updates** | ∨ |
| **Email Updates** | ∨ |

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again

- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

(https://reg.usps.com/entreg/Registratio

app_UspsTools&appURL=https%3A%2F

(https://www.usps.com/)

**HELPFUL LINKS**

Contact Us
(https://www.usps.com/help/welcome.htm)

Site Index (https://www.usps.com/globals/site-
index.htm)

FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)

Newsroom
(http://about.usps.com/news/welcome.htm)

USPS Service Updates
(http://about.usps.com/news/service-
alerts/welcome.htm)

Forms & Publications
(http://about.usps.com/forms-
publications/welcome.htm)

Government Services (https://www.usps.com/gov-
services/gov-services.htm)

Careers
(http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway
(https://gateway.usps.com/)

Postal Inspectors
(https://postalinspectors.uspis.gov/)

Inspector General (http://www.uspsoig.gov/)

Postal Explorer (http://pe.usps.gov/)

National Postal Museum
(http://www.postalmuseum.si.edu/)

Resources for Developers
(https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-
are/privacy-policy/privacy-policy-highlights.htm)

Terms of Use
(http://about.usps.com/termsofuse.htm)

FOIA (http://about.usps.com/who-we-
are/foia/welcome.htm)

No FEAR Act EEO Data
(http://about.usps.com/who-we-are/no-fear-
act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)      (https://twitter.com/usps)

 (http://www.pinterest.com/uspsstamps/)      (https://www.youtube.com/usps)

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA CRIMINAL JUSTICE DIVISION

THE STATE OF FLORIDA,

CASE NO.2009-CF-016416

PLAINIFF,

VS.

JOHN PETERSON JANVIER,       Referred to Judge

DEFENDANT.                                        SCANNED

_____/

NOTICE OF FILING MOTION TO TAKE JUDICIAL NOTICE OF DISTRICT COURT
OF APPEAL, FIRST DISTRICT,DATE APRIL 03,2013 COURT ORDER

_____

COMES NOW, DEFENDANT, JOHN PETERSON JANVIER, PRO SE AND FILES THIS MOTION

TO  TAKE  JUDICIAL NOTICE OF DISTRICT COURT OF APPEAL, FIRST DISTRICT CASE

NUMBER 1D12-4663, JOHN PETERSON JANVIER, APPELLANT, V. DEPARTMENT OF

AGICLTURE AND CONSUMER,ETC.,ET AL APPELLEE. APPELLANT'S MOTION FILED MARCH

13,2013 TO REQUEST JUDICIAL NOTICE IS GRANTED, DATED APRIL  03,2013.

Pursuant to section 90.202 and 90.203 F.S.S (see attached Court files)

Respectfully Submitted ,

John Peterson Janvier,
535 Monica Rose Dr. Apt #723
Apopka, FL 32703

CC: STATE ATTORNEY, Aramis D. Alala
Ninth Judicial Circuit
415 North Orange Avenue, Orlando,FL 32801

OFFICE of Tiffany Moore Russell
ORANGE COUNTY CLERK OF COURTS
425 North Orange Avenue, Orlando,FL 32801

Date: 2/28/2017

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIRST DISTRICT

JOHN PETERSON JANVIER,                    CASE NO:1D12-4663
        APPELLANT,                        L.T.NO:CW201001310

        V.

DEPARTMENT OF AGRICLTURE
AND CONSUMER,ETC.,ET AL
        APPELLEE.

_____/

## MOTION TO REQUEST JUDICIAL NOTICE

APPELLANT, RESECTFULLY REQUEST THIS COURT TAKE JUDICIAL NOTICE OF

SECTION 790.53(3),FLORIDA STATUTES, OPEN CARRY OF WEAPONS,- AND

SECTION 777.04(5)(A),FLORIDA STATUTES,PURSUANT TO SECTION

90.201(1),(2),(3),FLORIDA STATUTES AND SECTION 90.202(6),(11),AND

(12),FLORIDA STATUTES. THE OFFENSE OF WHICH APPELLANT WAS

CONVICTED DOES NOT DISQUALIFIES HIM FROM HOLDING A CONCEALED

WEAPON LICENSE. ATTEMPT/FAILED TO COMMIT CARRYING A CONCEALED

FIREARM IS (OPEN CARRY OF FIREARM/WEAPON) A MISDEMEANOR.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
2152 RIDGE DR.
WINTER PARK,FLORIDA 32792-1832
(407)394-7700

A black and white copy of this document is not official.



### State of Florida

#### Department of State

# APOSTILLE .

(Convention de La Haye du 5 octobre 1961)

1. **Country:** United States of America

    This public document

2. **has been signed by**     <u>Ken Detzner</u>

3. **acting in the capacity of**    <u>Secretary of State</u>

4. **bears the seal/stamp of**    <u>Great Seal of the State of Florida</u>

### Certified

5. **at**    <u>Tallahassee, Florida</u>

6. **the**    <u>Twenty-Sixth day of January, A.D., 2016</u>

7. **by**    <u>Secretary of State, State of Florida</u>

8. **No.**   <u>2016-9149</u>

9. **Seal/Stamp:**



10. **Signature:**

*Ken Detzner*

Secretary of State

DSDE 99 (2/12)

The word "VOID" appears when photocopied.

"State of Florida" appears in small letters across the face of this 8½ x 11" document.

A black and white copy of this document is not official.



# State of Florida

### Department of State

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country:   United States of America

   This public document

2. has been signed by          **Ken Detzner**

3. acting in the capacity of   **Secretary of State**

4. bears the seal/stamp of     **Great Seal of the State of Florida**

## Certified

5. at      **Tallahassee, Florida**

6. the     **Twenty-Sixth day of January, A.D., 2016**

7. by      **Secretary of State, State of Florida**

8. No.     **2016-9148**

9. Seal/Stamp:



10. Signature:

Ken Detzner

Secretary of State

DSDE 99 (2/12)

A black and white copy of this document is not official.



# State of Florida

## Department of State

I, Ken Detzner, Secretary of State,
do hereby certify that

## JON S. WHEELER

Was duly appointed, qualified and commissioned
as
Clerk of Court
First District Court of Appeal

For the term beginning on

December 31, 1990
as shown by the records of this office



Given under my hand and the Great Seal of the
State of Florida, at Tallahassee, the Capital, this
The twenty-sixth day of January A.D., 2016.

Secretary of State

DSDE 99 (2/12)

## DISTRICT COURT OF APPEAL, FIRST DISTRICT
### 2000 Drayton Drive
### Tallahassee, Florida 32399-0950
### Telephone No. (850)488-6151

April 03, 2013

**CASE NO.: 1D12-4663**
L.T. No.: CW201001310

John Peterson Janvier               v.          Department of Agriculture and
                                                Consumer, etc., et al

Appellant / Petitioner(s),                      Appellee / Respondent(s)

### BY ORDER OF THE COURT:

Appellant's motion filed March 6, 2013, for rehearing is denied.

Appellant's motion filed March 13, 2013, to request judicial notice is granted.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

John R.Perry              John Peterson Janvier

jm

Jon S. Wheeler
JON S. WHEELER, CLERK





John Janvier Mugshot | 08/11/10 Florida Arrest                Page 1 of 2



First Name: _____    Last Name: _____    Florida ▾    Search

Home    Counties    Search    Tagged    Contact

## Arrest Information

First Name [_____]   Last Name [_____]   State [Florida ▾]   [ Search ]

### Orange County

Arrest Information

**Full Name:** John Peterson Janvier
**Date:** 08/11/2010

Personal Information

**Arrest Age:** 24
**Current Age:** 28
**Gender:** Male
**Birthdate:** 06/14/1986
**Block:** 7500 Covedale Dr
**City:** Orlando, Florida 32818

Tag this Mug Shot

Beat Up       Grills     Hotties      Transgender
Celebrity     Hair       Scary        Wino
Handicap      Hunks      Tatted up    WTF

Charges

#1 CARRYING A CONCEALED WEAPON

   STATUTE: 790.01(1) (FIRST DEGREE MISDEMEANOR)

### Record Removal
### John Janvier



### RECEIVED

FEB 0 2 2017

FDLE
Quality Control

Comments

Add Comment

Name:    Name          Title:



HEALTHCARE
EDUCATION FOR
EMPLOYMENT



Arre.st    Mugshots    Florida    Orange County    John Peterson Janvier

# John Peterson Janvier



FLJails.Info



RECEIVED

FEB 0 2 2017

FDLE
Quality Control

**Arrest ID**:    FL-111155513

**Date**:    08/11/2010

**DOB**:    06/14/1986

**Charge(s)**:    Carrying A Concealed Weapon

**Views**:    1,494

Search Other Arrests



RECEIVED
FEB 02 2017
FDLE
Quality Control

# Orange County
# Sheriff's Office

**BOOKING#:**    10033411

**JACKET#:**    471538

**NAME:**    JOHN

JANVIER

**ARREST DATE:**    08/11/2010

**DOB:**    06/14/1986

**HEIGHT:**    600

**WEIGHT:**    190

**SEX:**    MALE

**RACE:**    BLACK



1-787 (Rev. 05-25-2012)



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

6/6/2014  7033

**JOHN PETERSON JANVIER**
**308 RACHELLE AVE APT 533**
**SANFORD FL 32771**

The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation has completed the following fingerprint submission:

| Subject Name | Search Completed | Result |
|---|---|---|
| **JOHN PETERSON JANVIER** | 6/3/2014 | **A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR ARREST DATA AT THE FBI.** |

Social Security number: XXX-XX-0673

The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the subject.

In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

Any questions may be addressed to the Customer Service Group at (304) 625-5590. You may also visit the Web site at www.fbi.gov for further instructions.

This Criminal History Record Information (CHRI) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. This CHRI is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.



Kimberly J. Del Greco
Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306


DC000000Z                                    ICN ISIS0002000027897176


THE ENCLOSED RECORD, DATED 2014/06/06, WITH THE FBI NUMBER 293662KC5 AND
IAFIS CONTROL NUMBER (ICN) ISIS0002000027897176 IS BEING PROVIDED AS THE
RESULT OF SUBJECT CRIMINAL HISTORY RESPONSE REQUEST.


DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


 FLORIDA          - STATE ID/FL06399840
FBI (SPECIAL INFORMATION ONLY) - FBI/293662KC5


SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) REGULATED
DATA, THE RESPONSE MAY NOT BE COMPLETE. IF THE RESPONSE IS INCOMPLETE,
PLEASE CONTACT THE CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
OR THE STATE BUREAU(S) TO REQUEST A COMPLETE RECORD.


                    DC000000Z
                    DO 556-73 REQ
                    FBI-CJIS-WV
                    MIH UNIT-SAT II
                    1000 CUSTER HOLLOW RD
                    CLARKSBURG,WV 26306

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000027897176

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 293662KC5 IS FURNISHED FOR
OFFICIAL USE ONLY.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME JANVIER,JOHN PETERSON

SEX        RACE        BIRTH DATE      HEIGHT    WEIGHT    EYES      HAIR
M          B           1986/06/14      600       190       BROWN     BLACK

BIRTH CITY      BIRTH PLACE
UNREPORTED      UNITED STATES

CITIZENSHIP
UNITED STATES

PATTERN CLASS
UC UC UC UC UC UC UC UC UC UC
UC UC UC UC UC UC UC UC UC UC
UC UC UC UC UC UC UC UC UC UC

OTHER BIRTH                                  SOCIAL
DATES              SCARS-MARKS-TATTOOS       SECURITY    MISC NUMBERS

NONE               NONE                      ██████████  NONE

ALIAS NAME(S)
NONE

END OF COVER SHEET

```
△CHARGE                          001
△         CHARGE NUMBER          471538
△CHARGE TRACKING NUMBER          4806049583
△         CHARGE LITERAL         CARRYING CONCEALED WEAPON-
△               AGENCY           FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△     CHARGE DESCRIPTION         ELECTRIC WEAPON OR DEVICE
△               STATUTE          ELECTRIC WEAPON OR DEVICE (FL790.01(1); FL
△)
△        NCIC OFFENSE CODE       5202
△               COUNTS           001
△               SEVERITY         MISDEMEANOR
△        ENHANCING FACTOR        1ST DEGREE
△=========================== CYCLE 006 ===========================
△TRACKING NUMBER                 006
△EARLIEST EVENT DATE             2010-10-26
△-----------------------------------------------------------------
△ARREST DATE                     2010-10-26
△ARRESTING AGENCY                FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△ARREST TYPE ADULT
△CHARGE                          001
△CHARGE TRACKING NUMBER          4807009703
△         CHARGE LITERAL         CRIMINAL REGISTRATION (NOT AN ARREST)-
△               AGENCY           FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△     CHARGE DESCRIPTION         **** THE FOLLOWING IS A STATUS RECORD -- NOT AN
△                                ARREST ****
△     CHARGE DESCRIPTION         CRIMINAL REGISTRATION  NOT AN ARREST - ATT CA
△               STATUTE          CRIMINAL REGISTRATION (NOT AN ARREST)-
△                                (FL775.13; FL
△)
△        NCIC OFFENSE CODE       9040
△               COUNTS           001
△               SEVERITY         UNKNOWN
△               DISPOSITION      (NOT PROSECUTED 2010-10-26; NOT PROSECUTED
△                                RELEASED
△)
△*********************** INDEX OF AGENCIES ***********************
△AGENCY                          ORANGE COUNTY SHERIFF'S OFFICE
△; FL0480000;
△                                UNKNOWN CONTACT
△ADDRESS
△-----------------------------------------------------------------
△AGENCY                          9TH CIRCUIT COURT - ORLANDO
△; FL048015J;
△                                ORANGE COUNTY COURTHOUSE
△ADDRESS
△-----------------------------------------------------------------
△AGENCY                          STATE ATTORNEY'S OFFICE - ORLANDO
△; FL048015A;
△                                9TH JUDICIAL CIRCUIT
△ADDRESS
△-----------------------------------------------------------------
△AGENCY                          ORLANDO POLICE DEPARTMENT
△; FL0480400;
△                                UNKNOWN CONTACT
△ADDRESS
△* * * END OF RECORD
```

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the instrument filed in this office.
Confidential ... Fla.R.Jud.Admin. 2.420.
Witness my ... this ... day of May 20 16
Tiffany Moore Russell, Clerk of the Circuit Court
Bar. _____ —Deputy Clerk

# BARACK OBAMA

★ ★ ★



R0477385 T1195 23168 **AUTO**SCH 5-DIGIT 32703
JOHN PETERSON JANVIER
535 MONICA ROSE DR APT 723
APOPKA, FL 32703-3457

> **Your Polling Location**
>
> APOPKA CALVARY NAZARENE CHURCH
> 750 ROGER WILLIAMS RD
> APOPKA

Dear Voter,

Thank you for being a voter and for being someone who sets a good example for those around you. You're a voter because you care about your community and the future of our country. I know I can count on you to fulfill your civic duty and vote on Tuesday, November 8th.

I'm writing because **Election Day is fast approaching,** and from what we see, this election is going to be very close and turnout will be high. **Your vote will be extremely important in determining the next President.** Many people have already voted in Florida. If you are one of the people who have voted, thank you for fulfilling your civic duty.

Thousands of your neighbors, friends, and family members will turn out to make their voices heard, so make sure you are one of them. If you have not already voted, **make a plan for when you will vote,** such as before work, during lunch, or after work. It's too important not to schedule it into your day.

One vote — your vote — can make a world of difference in shaping our future. So please, join millions of others voting in Florida and **make your voice heard by voting on Tuesday, November 8th.** Working together is how we've always created more opportunity and a brighter tomorrow for everyone.

Sincerely,



Barack Obama

**P.S. Visit iwillvote.com/locate or call 1-844-464-4455 for more information or to confirm your polling location.**

★ ★ ★

Printed in Florida

Paid for by the Florida Democratic Party. www.floridadems.org.
Not authorized by any candidate or candidate's committee.

16100_LTR
FL_GOTV_ED_3 

## Your NEW Voter Information Card
## Su NUEVA Tarjeta de Información del Votante

Scan and be connected to the Elections Office for more information or to update your record.

Escanee y se conectará a la oficina de elecciones para más información o para actualizar su expediente.





**Your Official Voter Information**
Please review your new voter information card and notify us immediately if correction are needed.

**Información Oficial del Votante**
Por favor revise su nueva tarjeta deinformación del votante y notifíquenos inmediatamente si necesita hacer alguna corrección.

**IMPORTANT! – KEEP YOUR ADDRESS UP-TO-DATE!**          **¡IMPORTANTE – MANTENGA SU DIRECCIÓN AL DÍA!**



**BILL COWLES**
Orange County Supervisor of Elections
Post Office Box 562001
Orlando, FL 32856-2001

**RETURN SERVICE REQUESTED**



FIRST - CLASS MAIL
PRESORTED
**U.S. POSTAGE PAID**
ORLANDO, FL
PERMIT 1413

*Vote*
*It's your right*

08/26/2016    111

JOHN PETERSON JANVIER
APARTMENT 723
535 MONICA ROSE DR
APOPKA FL 32703

123623677

**OFFICIAL VOTER INFORMATION CARD**











# SUPERVISOR OF ELECTIONS
## Orange County, Florida
### Bill Cowles



| Home | Register to Vote | Vote-by-Mail | Early Voting | Find Your Precinct | Contact Us |

Registered Voters as of July 4th: Total 726,785 - Dem. 305,741 - Rep. 207,004 - Other 16,074 - NPA 197,966

Search



## You are an Active Voter in Orange County, Florida ▼

| | |
|---|---|
| FVRS ID Number: | 123623677 |
| Full Name: | JOHN PETERSON JANVIER |
| Date of Birth: | 06/14/1986 |
| Party: | DEMOCRATIC |
| Address: | 535 MONICA ROSE DR |
| City: | APOPKA |
| Zip Code: | 32703 |
| Voter Status: | ACTIVE VOTER |
| You registered to vote on: | 06/17/2016 |

## Precinct Information ▼

**County**

| | | |
|---|---|---|
| Precinct: | 228 | Previous Precinct: 228 |
| Polling Place: | APOPKA CALVARY NAZARENE CH - 750 ROGER WILLIAMS RD | |
| Sample Ballot Cards: | NO BALLOT CARD AT THIS TIME | |

## District Information ▼

Orange County has completed redistricting as required by the Florida Supreme Court. We have displayed your **previous district** information to assist you in contacting your **current elected officials**. After being sworn into office, candidates elected during the general election on November 8, 2016 in your newly assigned districts will be your representatives.

| | | |
|---|---|---|
| Congressional District: | 10 | Previous Congressional District: 7 |
| Senate District: | 11 | Previous Senate District: 12 |
| House District: | 45 | |
| County Commission: | 2 | |
| School Board District: | 7 | |
| Municipality: | APOPKA | |

## Election Information ▼

YOU ARE ELIGIBLE TO VOTE IN THE FOLLOWING UPCOMING ELECTIONS:

2016 PRIMARY ELECTION - *Tuesday, August 30, 2016*

2016 GENERAL ELECTION - *Tuesday, November 08, 2016*

2017 MUNICIPAL ELECTION - *Tuesday, March 14, 2017*

2018 MUNICIPAL ELECTION - *Tuesday, March 13, 2018*

2018 PRIMARY - *Tuesday, August 28, 2018*