JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
John Peterson Janvier
535 Moncia Rose Dr. Apt #723
Apopka, FL 32703

(b) County of Residence of First Listed Plaintiff: Orange
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Bill Cowles
Supervisor of Elections

County of Residence of First Listed Defendant: Orange
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: Nicholas Shannin B.C.S
214 East Lucerne Circle, Suite 200
Orlando, FL 32801
407-985-2222

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*
(Citizenship boxes unchecked)

## IV. NATURE OF SUIT
☑ 441 Voting

## V. ORIGIN
☑ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Under 28 U.S.C. 1343(4), 441 U.S. 600

Brief description of cause: Appeal Final Determination Letter Removed. FVRS #12362 3677

## VII. REQUESTED IN COMPLAINT:
DEMAND $ N/A
JURY DEMAND: ☑ No

## VIII. RELATED CASE(S) IF ANY
Patricia L. Strowbridge
JUDGE: Lubet and Dolferty
DOCKET NUMBER: 2016-CV-00049-A-O, 2016-CA-004469-O

DATE: 
SIGNATURE OF ATTORNEY OF RECORD:

FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE