# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN PETERSON JANVIER,**

        **Plaintiff,**

**v.**                                    **Case No:   6:17-cv-1001-Orl-40DCI**

**BILL COWLES,**

        **Defendant.**

## RELATED CASE ORDER AND TRACK ONE NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any pro se party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case. All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

June 7, 2017

- 2 -

| | |
|---|---|
| __ROY B. DALTON, JR.__<br>Roy B. Dalton, Jr. [37]<br>United States District Judge | __PAUL G. BYRON__<br>Paul G. Byron [40]<br>United States District Judge |
| __CARLOS E. MENDOZA__<br>Carlos E. Mendoza [41]<br>United States District Judge | |
| __G. KENDALL SHARP__<br>G. Kendall Sharp [18]<br>Senior United States District Judge | __PATRICIA C. FAWSETT__<br>Patricia C. Fawsett [19]<br>Senior United States District Judge |
| __GREGORY A. PRESNELL__<br>Gregory A. Presnell [31]<br>Senior United States District Judge | __JOHN ANTOON II__<br>John Antoon II [28]<br>Senior United States District Judge |
| __ANNE C. CONWAY__<br>Anne C. Conway [22]<br>Senior United States District Judge | |
| __KARLA R. SPAULDING__<br>Karla R. Spaulding [KRS]<br>United States Magistrate Judge | __GREGORY J. KELLY__<br>Gregory J. Kelly [GJK]<br>United States Magistrate Judge |
| __THOMAS B. SMITH__<br>Thomas B. Smith [TBS]<br>United States Magistrate Judge | __DANIEL C. IRICK__<br>Daniel C. Irick [DCI]<br>United States Magistrate Judge |
| __DAVID A. BAKER__<br>David A. Baker [DAB]<br>United States Magistrate Judge | |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
             All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN PETERSON JANVIER,**

        **Plaintiff,**

**v.**                                                              Case No:   6:17-cv-1001-Orl-40DCI

**BILL COWLES,**

        **Defendant.**

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]