FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2017 JUN 30 AM 11: 46

MIDDLE DISTRICT COURT
ORLANDO. FLORIDA

JOHN PETERSON JANVIER,

       Plaintiff,

v.                              Case No:  6:17-cv-1001-Orl-40DCI

BILL COWLES,

       Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

✓  **IS**      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: State Vs. Janvier – 2009-CF-016416 Janvier Vs. Bill Cowles 2016-CA-004469; 2016-CV-00049-A-O Janvier Vs. Department of Agiclture 1D12-4663

_____  **IS NOT**    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

John Peterson Janvier

Counsel of Record or *Pro Se* Party
   [Address and Telephone]

535 Moncia Rose Dr. Apt 723

Apopka, FL 32703

407-394-7700