FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2017 JUL -3 PM 3: 43

US DISTRICT
MIDDLE DISTRICT COURT
ORLANDO, FLORIDA

**JOHN PETERSON JANVIER,**
535 MONCIA ROSE DR.APT#723
APOPKA, FLORIDA 32703
(407-394-7700)

Case No: 6:17-cv-001-ORL-40DCI
VOTER REGISTRATION NUMBER:123623677
DATE OF VOTER REGISTRATION:06/17/2016

**PLAINTIFF/PETITIONER,**

-VS-

**BILL COWLES, SUPERVISOR OF ELECTIONS**
**ORANGE COUNTY, FLORIDA**
119 W. KALEY ST.
ORLANDO, FLORIDA 32806

**DEFENDANT/RESPONDENT(S),**
_____/

## AMENDED COMPLAINT

**COMES NOW**, PLAINTIFF/PETITIONER, JOHN PETERSON JANVIER, voter REGISTRATION NUMBER: 123623677/PARTY:FLORIDA DEMOCRATIC PARTY, ORANGE COUNTY DEMOCRATIC BLACK CAUCUS MEMBER, Pro se and files this AMENDED COMPLAINT /NOTICE OF APPEAL under the provision [*28 U.S.C. 1343(4),441 U.S.600 and chapter 98 section 075(5) FLORIDA STATE STATUTES*] DETERMINATION LETTER REMOVED.-see attached documents date 05/08/2017  for the following reason(s):

1.Charge (attempt to commit carrying a concealed firearm) is a **MISDEMEANOR** under Florida Law ,and is eligible to vote.

2. Grounds for the Courts's jurisdiction - see Voting Rights Act of 1965 and The Fifteenth Amendment to the United State Constitution section 1,The right of citizen of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or **PREVIOUS CONDITIION OF SRERVITUDE.**

3. The United State District Court Middle District Of Florida Orlando Division, Federal Court's,does have jurisdiction power over Voting Rights Appeals , pursuant 15th amendment.

4. I John Peterson Janvier, plaintiff is entitled to relief on the grounds that I never lost my Civil Rights on Date 08/21/2015 in Orange County, Florida due to a prior criminal conviction, charge is a misdemeanor and Under Florida Law (misdemeanor) criminal convictions are eligible to Vote in the United States of America. *(see attached Court Order of Florida First District Court of Appeals* **Granted**, *John Peterson Janvier's motion to take Judicial Notice that the conviction is a* **misdemeanor** *and not a felony, Case Number:1D12-4663 [John Peterson Janvier Appellant, vs. Department of Agriculture and Consumer Services Division of Licensing]* .

5. I John Peterson Janvier demand the Federal Court's order Bill Cowles, Orange County Supervisor of Election, 119 W Kaley St, Orlando, FL 32806 to reinstate/restore, John Peterson Janvier name to the Statewide Voter Registration System and Right to Vote.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
535 MONICA ROSE DR.APT#723
APOPKA, FL 32703
PHONE:(407)394-7700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE A CORRENT COPY OF THE HAS BEEN FURNISHED BY U.S. MAIL TO THE CLERK OF US DISTRICT COURT, 401 W CENTRAL BLVD, ORLANDO, FL 32801 DATE: 06/30/2017