*Link to info only*

**BILL COWLES**
Supervisor of Elections
Orange County, Florida



OUR MISSION IS TO:

*Ensure the integrity of the electoral process.*
*Enhance public confidence.*
*Encourage citizen participation.*

05/08/2017 | EF

201899155    123623677
JANVIER JOHN PETERSON
APARTMENT 723
535 MONICA ROSE DR
APOPKA FL  32703

**Determination Letter**
**Removed**

Upon review of the evidence presented regarding your eligibility to vote in Orange County, I'm writing to inform you that a final determination has been made and your voter registration has been removed. You may not vote again until you meet the State's eligibility requirements and re-register.

You may appeal this decision in the Orange County Circuit Court under the provisions of F.S. 98.0755.

If you have further questions, please call our Customer Service Department at (407) 836-2070.

Carta de Determinación
Removido

Al revisar la evidencia presentada con respecto a su elegibilidad para votar en el Condado Orange, le queremos informar que se ha hecho una determinación final y su registro de votación ha sido removido. Usted no podrá votar hasta que cumpla con los requisitos de elegibilidad del Estado y se inscriba nuevamente para votar.

Usted puede apelar esta decisión en la Corte de Circuito del Condado Orange bajo la provisión F.S. 98.0755.

Si tiene mas preguntas, por favor llame a nuestro Departamento de Servicio al Cliente al (407) 836-2070.

*Susan Scatliff*

119 West Kaley Street, Orlando ◘ Reply to: Post Office Box 562001, Orlando, Florida 32856
Phone (407) 836-2070 ◘ Fax (407) 254-6596 ◘ TDD (407) 422-4833 ◘ Internet: www.ocfelections.com



# Bill Cowles - Orange County Supervisor of Elections
P.O. Box 562001 - Orlando, Florida 32856-2001
Telephone: (407) 836-2070  FAX: (407) 254-6598  TTY: (407) 422-4833
Email - voter@ocfelections.com
Visit our website at www.ocfelections.com

```
3000  03/31/2017      123623677         36

EF   JOHN PETERSON JANVIER
     APARTMENT 723
     535 MONICA ROSE DR
     APOPKA FL   32703
```

Our office has received documentation that indicates you have been convicted of a felony and your civil rights are not restored. A copy of this documentation is enclosed for your review.

If this is true then Florida law requires us to cancel your voter registration and you will not be allowed to vote again until your civil rights have been restored. The Florida Office of Executive Clemency can be reached at (850) 488-2952 if you need additional information on the restoration of civil rights following a felony conviction.

If this is an error and you have not been convicted of a felony then please help us correct the error. If you prefer to handle this matter in person you have the right to request a hearing to determine your eligibility to vote.

Please answer the questions below, sign your name and return this form within 30 days. Failure to respond within 30 days may result in your name being removed from the Orange County voter list.

If you have questions or need help in resolving this matter, please call our Customer Service Manager at (407) 254-6550.

_____ YES, the information is correct and my voter registration must be cancelled.
**✓** NO, the information you have been given is incorrect. *I was NoT Personally before this Court Aug 2, 2015.*
   **Yes** I request a hearing on this matter and **will bring proof** that I am not a
         felon or that I have my civil rights restored.
   _____ I do not request a hearing on this matter but have enclosed proof that I
         am not a felon or proof that my civil rights are restored.

Daytime telephone number: *(407) 394-7700*
Current residence address: *535 Monica Rose Dr. Apopka, FL 32703*

Date: *4-16-2017*
PLEASE REMEMBER TO SIGN BELOW.

Yours sincerely,

*Bill Cowles*

If this letter asks for your signature, please sign here and return this letter in the enclosed envelope.

#123623677

*John Janvier*

the Circuit Court of the
nth Judicial Circuit, in and
Orange County, Florida

ision: Div 11

se No: 2009-CF-016416-A-O

FVRS#123623677
DOB 06-14-1986
Date 03-31-17
VALID

ate of Florida,
           Plaintiff,

HN PETERSON JANVIER
           Defendant

te of birth:   06/14/1986

## JUDGMENT (Corrected as to Clarifying Charge)

The defendant, JOHN PETERSON JANVIER, being personally before this Court, represented by OFFICE
PUBLIC DEFENDER, ESQUIRE, and the state represented by The State of Florida:

| Charges: | | Statute | OBTS | Degree | Plea | Disposition |
|---|---|---|---|---|---|---|
| 1 | ATTEMPT CARRYING A CONCEALED FIREARM | 790.01(2) 777.04 | | Third Degree - Felony | Found Guilty by Jury | Adjudicated Guilty |

ed in Open Court on August 21, 2015 Nunc Pro Tunc September 28, 2010

puty Clerk in Attendance: Jill E.,
fice of Tiffany M. Russell, Orange County Clerk of the Circuit and County Courts

IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIRST DISTRICT

JOHN PETERSON JANVIER,
APPELLANT,

CASE NO:1D12-4663
L.T.NO:CW201001310

V.

DEPARTMENT OF AGRICLTURE
AND CONSUMER,ETC.,ET AL
APPELLEE.

_____/

## MOTION TO REQUEST JUDICIAL NOTICE

APPELLANT, RESECTFULLY REQUEST THIS COURT TAKE JUDICIAL NOTICE OF SECTION 790.53(3),FLORIDA STATUTES, OPEN CARRY OF WEAPONS,- AND SECTION 777.04(5)(A),FLORIDA STATUTES,PURSUANT TO SECTION 90.201(1),(2),(3),FLORIDA STATUTES AND SECTION 90.202(6),(11),AND (12),FLORIDA STATUTES. THE OFFENSE OF WHICH APPELLANT WAS CONVICTED DOES NOT DISQUALIFIES HIM FROM HOLDING A CONCEALED WEAPON LICENSE. ATTEMPT/FAILED TO COMMIT CARRYING A CONCEALED FIREARM IS [OPEN CARRY OF FIREARM/WEAPON] A MISDEMEANOR.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
2152 RIDGE DR.
WINTER PARK,FLORIDA 32792-1832
(407)394-7700

DISTRICT COURT OF APPEAL, FIRST DISTRICT
2000 Drayton Drive
Tallahassee, Florida 32399-0950
Telephone No. (850)488-6151

April 03, 2013

CASE NO.: 1D12-4663
L.T. No.: CW201001310

| John Peterson Janvier | v. | Department of Agriculture and Consumer, etc., et al |
|---|---|---|
| Appellant / Petitioner(s), | | Appellee / Respondent(s) |

**BY ORDER OF THE COURT:**

Appellant's motion filed March 6, 2013, for rehearing is denied.

Appellant's motion filed March 13, 2013, to request judicial notice is granted.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

John R. Perry          John Peterson Janvier

jm

_____
JON S. WHEELER, CLERK





First Name: Last Name: Florida ▾ Search

Home    Counties    Search    Tagged    Contact

# Arrest Information

First Name: [ ]   Last Name: [ ]   State: Florida ▾   [Search]

## Orange County

### Arrest Information

**Full Name:** John Peterson Janvier
**Date:** 08/11/2010

### Personal Information

**Arrest Age:** 24
**Current Age:** 28
**Gender:** Male
**Birthdate:** 06/14/1986
**Block:** 7500 Covedale Dr
**City:** Orlando, Florida 32818

### Tag this Mug Shot

| Beat Up | Grills | Hotties | Transgender |
| Celebrity | Hair | Scary | Wino |
| Handicap | Hunks | Tatted up | WTF |

### Charges

#1 CARRYING A CONCEALED WEAPON
STATUTE: 790.01(1) (FIRST DEGREE MISDEMEANOR)

### Comments

Add Comment

Name: Name    Title:

## Record Removal
## John Janvier



**RECEIVED**
**FEB 0 2 2017**
**FDLE**
**Quality Control**



HEALTHCARE EDUCATION FOR EMPLOYMENT

Mugshot Photo Poster

# Orange County Sheriff's Office



RECEIVED
FEB 0 2 2017
FDLE
Quality Control

**BOOKING#:** 10033411
**JACKET#:** 471538
**NAME:** JOHN JANVIER
**ARREST DATE:** 08/11/2010
**DOB:** 06/14/1986
**HEIGHT:** 600
**WEIGHT:** 190
**SEX:** MALE
**RACE:** BLACK

Arre.st   Mugshots   Florida   Orange County

# John Peterson Janvier



FLJails.Info

RECEIVED
FEB 0 2 2017
FDLE
Quality Control

| | |
|---|---|
| **Arrest ID:** | FL-111155513 |
| **Date:** | 08/11/2010 |
| **DOB:** | 06/14/1986 |
| **Charge(s):** | Carrying A Concealed Weapon |
| **Views:** | 1,494 |

Search Other Arrests

1-787 (Rev. 05-25-2012)



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

6/6/2014   7033

JOHN PETERSON JANVIER
308 RACHELLE AVE APT 533
SANFORD FL 32771

The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation has completed the following fingerprint submission:

| Subject Name | Search Completed | Result |
|---|---|---|
| JOHN PETERSON JANVIER | 6/3/2014 | A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR ARREST DATA AT THE FBI. |

Social Security number: XXX-XX-0673

The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the subject.

In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

Any questions may be addressed to the Customer Service Group at (304) 625-5590. You may also visit the Web site at www.fbi.gov for further instructions.

This Criminal History Record Information (CHRI) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. This CHRI is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.

Kimberly J. Del Greco
Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                              ICN ISIS0002000027897176


THE ENCLOSED RECORD, DATED 2014/06/06, WITH THE FBI NUMBER 293662KC5 AND
IAFIS CONTROL NUMBER (ICN) ISIS0002000027897176 IS BEING PROVIDED AS THE
RESULT OF SUBJECT CRIMINAL HISTORY RESPONSE REQUEST.


DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


 FLORIDA              - STATE ID/FL06399840
FBI (SPECIAL INFORMATION ONLY) - FBI/293662KC5




SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) REGULATED
DATA, THE RESPONSE MAY NOT BE COMPLETE. IF THE RESPONSE IS INCOMPLETE,
PLEASE CONTACT THE CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
OR THE STATE BUREAU(S) TO REQUEST A COMPLETE RECORD.




                    DC000000Z
                    DO 556-73 REQ
                    FBI-CJIS-WV
                    MIH UNIT-SAT II
                    1000 CUSTER HOLLOW RD
                    CLARKSBURG,WV 26306

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000000Z                                    ICN ISIS0002000027897176

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 293662KC5 IS FURNISHED FOR OFFICIAL USE ONLY.

DESCRIPTORS ON FILE ARE AS FOLLOWS:

NAME JANVIER,JOHN PETERSON

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | B | 1986/06/14 | 600 | 190 | BROWN | BLACK |

BIRTH CITY       BIRTH PLACE
UNREPORTED       UNITED STATES

CITIZENSHIP
UNITED STATES

PATTERN CLASS
UC UC UC UC UC UC UC UC UC UC
UC UC UC UC UC UC UC UC UC UC
UC UC UC UC UC UC UC UC UC UC

OTHER BIRTH                                 SOCIAL
DATES           SCARS-MARKS-TATTOOS         SECURITY        MISC NUMBERS

NONE            NONE                        ████-0673       NONE

ALIAS NAME(S)
NONE

END OF COVER SHEET

```
△CHARGE                            001
△          CHARGE NUMBER           471538
△CHARGE TRACKING NUMBER            4806049583
△          CHARGE LITERAL          CARRYING CONCEALED WEAPON-
△          AGENCY                  FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△          CHARGE DESCRIPTION      ELECTRIC WEAPON OR DEVICE
△          STATUTE                 ELECTRIC WEAPON OR DEVICE (FL790.01(1); FL
△)
△          NCIC OFFENSE CODE       5202
△          COUNTS                  001
△          SEVERITY                MISDEMEANOR
△          ENHANCING FACTOR        1ST DEGREE
△======================== CYCLE 006 =========================
△TRACKING NUMBER                   006
△EARLIEST EVENT DATE               2010-10-26
△-----------------------------------------------------------
△ARREST DATE                       2010-10-26
△ARRESTING AGENCY                  FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△ARREST TYPE  ADULT
△CHARGE                            001
△CHARGE TRACKING NUMBER            4807009703
△          CHARGE LITERAL          CRIMINAL REGISTRATION (NOT AN ARREST)-
△          AGENCY                  FL0480000
△ORANGE COUNTY SHERIFF'S OFFICE
△          CHARGE DESCRIPTION      **** THE FOLLOWING IS A STATUS RECORD -- NOT AN
△                                  ARREST ****
△          CHARGE DESCRIPTION      CRIMINAL REGISTRATION  NOT AN ARREST  - ATT CA
△          STATUTE                 CRIMINAL REGISTRATION (NOT AN ARREST)-
△                                  (FL775.13; FL
△)
△          NCIC OFFENSE CODE       9040
△          COUNTS                  001
△          SEVERITY                UNKNOWN
△          DISPOSITION             (NOT PROSECUTED 2010-10-26; NOT PROSECUTED
△                                  RELEASED
△)
△************************ INDEX OF AGENCIES ***************************
△AGENCY                            ORANGE COUNTY SHERIFF'S OFFICE
△; FL0480000;
△                                  UNKNOWN CONTACT
△ADDRESS
△-----------------------------------------------------------
△AGENCY                            9TH CIRCUIT COURT - ORLANDO
△; FL048015J;
△                                  ORANGE COUNTY COURTHOUSE
△ADDRESS
△-----------------------------------------------------------
△AGENCY                            STATE ATTORNEY'S OFFICE - ORLANDO
△; FL048015A;
△                                  9TH JUDICIAL CIRCUIT
△ADDRESS
△-----------------------------------------------------------
△AGENCY                            ORLANDO POLICE DEPARTMENT
△; FL0480400;
△                                  UNKNOWN CONTACT
△ADDRESS
△* * * END OF RECORD
```

State of Florida, County of Orange
I hereby certify that the foregoing is a true and correct copy of the instrument filed in this office.
Confidential ... Fla.R.Jud.Admin 2.420.
Witness my ... at this 17 day of May 2016
Tiffany Moore Russell, Clerk of the Circuit Court
By: _____ Deputy Clerk



# SUPERVISOR OF ELECTIONS
## Orange County, Florida
### Bill Cowles



| Home | Register to Vote | Vote-by-Mail | Early Voting | Find Your Precinct | Contact Us |

Registered Voters as of July 4th: Total 726,785 - Dem. 305,741 - Rep. 207,004 - Other 16,074 - NPA 197,966

Search

  

### You are an Active Voter in Orange County, Florida

| | |
|---|---|
| FVRS ID Number: | 123623677 |
| Full Name: | JOHN PETERSON JANVIER |
| Date of Birth: | 06/14/1986 |
| Party: | DEMOCRATIC |
| Address: | 535 MONICA ROSE DR |
| City: | APOPKA |
| Zip Code: | 32703 |
| Voter Status: | ACTIVE VOTER |
| You registered to vote on: | 06/17/2016 |

### Precinct Information

County

| | | |
|---|---|---|
| Precinct: | 228 | Previous Precinct: 228 |
| Polling Place: | APOPKA CALVARY NAZARENE CH - 750 ROGER WILLIAMS RD | |
| Sample Ballot Cards: | NO BALLOT CARD AT THIS TIME | |

### District Information

Orange County has completed redistricting as required by the Florida Supreme Court. We have displayed your **previous district** information to assist you in contacting your **current elected officials**. After being sworn into office, candidates elected during the general election on November 8, 2016 in your newly assigned districts will be your representatives.

| | | |
|---|---|---|
| Congressional District: | 10 | Previous Congressional District: 7 |
| Senate District: | 11 | Previous Senate District: 12 |
| House District: | 45 | |
| County Commission: | 2 | |
| School Board District: | 7 | |
| Municipality: | APOPKA | |

### Election Information

YOU ARE ELIGIBLE TO VOTE IN THE FOLLOWING UPCOMING ELECTIONS:

2016 PRIMARY ELECTION - Tuesday, August 30, 2016

2016 GENERAL ELECTION - Tuesday, November 08, 2016

2017 MUNICIPAL ELECTION - Tuesday, March 14, 2017

2018 MUNICIPAL ELECTION - Tuesday, March 13, 2018

2018 PRIMARY - Tuesday, August 28, 2018