UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PETERSON JANVIER,

    Plaintiff,

v.   Case No. 6:17-cv-1001-ORL-40DCI

BILL COWLES, SUPERVISOR OF
ELECTIONS, ORANGE COUNTY,
FLORIDA,

    Defendant.
_____/

## RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW the Defendant, Bill Cowles, Supervisor of Elections, Orange County, Florida ("Supervisor"), and responds to the Amended Complaint filed by the Plaintiff, John Peterson Janvier ("Janvier") stating as follows:

## GENERAL RESPONSE

The Supervisor is a constitutional officer whose duties are to ministerially apply the federal, state, and local election laws pertinent to the citizens of Orange County. Accordingly, the Supervisor does not possess discretion to modify or waive compliance with his statutory duties, but instead uniformly complies in a manner to promote the integrity of federal, state, and local elections conducted within Orange County.

## **SPECIFIC RESPONSE**

The Supervisor responds to the specific allegations raised by Janvier and therefore states the following:

1. The Supervisor neither admits nor contests Janvier's assertion in paragraph one stating that the charge of "attempt to commit carrying a concealed firearm" is a misdemeanor. The Supervisor of Elections was provided the documents attached to Janvier's complaint, identified as "Document 7–1" that is labeled "Judgment (Corrected as to Clarifying Charge)" which on the face of the document provides the degree as being a "third degree felony". Again, the Supervisor takes no issue with Janvier's assertion that the document provided to the Supervisor is incorrect, but the Supervisor has no discretion to render an independent legal determination concerning the qualifying nature of the charge listed as a felony on the face of the document.

2. The Supervisor admits the material allegations of paragraph two for purposes of jurisdiction.

3. The Supervisor admits the material allegations of paragraph three for purposes of jurisdiction.

4. The Supervisor does not contest the authenticity of the documents referenced in paragraph four, and attached to Janvier's Complaint regarding an appellate court's grant of Janvier's Motion to Take Judicial Notice of a document

that indicates the criminal charge to be categorized as a first degree misdemeanor. The Supervisor does not have the discretion, however, to interpret a grant of Judicial Notice as the direction of a court to deem Janvier convicted of a misdemeanor as opposed to a felony for purposes of voting rights restoration.

5.  The Supervisor neither admits nor denies the appropriateness of the relief requested in paragraph five, but instead submits that a Judgment or Order of this Court would allow the Supervisor to take whatever action this Court deems appropriate concerning the voter registration status of Janvier with regard to the present voting restriction for the listed conviction of a third-degree felony.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system on August 17, 2017. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants:

John Peterson Janvier, Pro Se
535 Monica Rose Drive, Apartment #723
Apopka, Florida 32703

                                      By: */s/ Nicholas A. Shannin*
                                      Nicholas A. Shannin, Esquire
                                      Florida Bar No. 0009570
                                      SHANNIN LAW FIRM, P.A.
                                      214 East Lucerne Circle, Suite 200
                                      Orlando, Florida 32801
                                      Tel:  (407) 985-2222
                                      Fax:  (407) 386-1901
                                      Email:  nshannin@shanninlaw.com
                                               service@shanninlaw.com
                                      General Counsel For Defendant Bill Cowles,
                                      Supervisor Of Elections, Orange County,
                                      Florida