UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PETERSON JANVIER,

    Plaintiff,

v.                          Case No. 6:17-cv-1001-ORL-40DCI

BILL COWLES, SUPERVISOR OF
ELECTIONS, ORANGE COUNTY,
FLORIDA,

    Defendant.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*John Peterson Janvier v. Bill Cowles, Supervisor of Elections*, Case No. 2016-CA-4469-O, Circuit Court of Orange County, Florida

*John Peterson Janvier v. Bill Cowles, Supervisor of Elections*, Case No. 2016-CV-49-A-O, Circuit Court of Orange County, Florida

_____    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system on August 23, 2017. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-ECF participants:

John Peterson Janvier, Pro Se
535 Monica Rose Drive, Apartment #723
Apopka, Florida 32703

                              SHANNIN LAW FIRM, P.A.

                              By: */s/ Nicholas A. Shannin*
                              Nicholas A. Shannin, Esquire
                              Florida Bar No. 0009570
                              214 East Lucerne Circle, Suite 200
                              Orlando, Florida 32801
                              Tel:  (407) 985-2222
                              Fax:  (407) 386-1901
                              Email:  nshannin@shanninlaw.com
                                            service@shanninlaw.com
                              General Counsel for Defendant, Bill Cowles,
                                  Orange County Supervisor of Elections