# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN PETERSON JANVIER,

        Plaintiff,

v.                                Case No:   6:17-cv-1001-Orl-40DCI

BILL COWLES,

        Defendant.

_____

# ORDER TO SHOW CAUSE

This case is before the Court upon periodic review.   Plaintiff has failed to comply with the Court's Order of August 7, 2017 directing him to file a Certificate of Interested Persons and Corporate Disclosure Statement.   Therefore, it is

**ORDERED** that the plaintiff shall **SHOW CAUSE** and file his response to said Order within **fourteen (14)** days from the date of this Order.   Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Orlando, Florida, this 29th day of August 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party