FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2017 AUG 29 AM 11: 40

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**JOHN PETERSON JANVIER,**

  Plaintiff,

v.                                   Case No: 6:17-cv-1001-Orl-40DCI

**BILL COWLES,**

  Defendant.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

✓  **IS**   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
2009-CF-016416-A / State vs. John Peterson Janvier
107 So. 409 (Fla. Dist. Ct. App. 2013) John vs. Department of Agriculture
17-2106 District Court of Appeal 5th
17-1055 5 DCA

___  **IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: 8/23/2017

_[signature]_

Counsel of Record or *Pro Se* Party
  [Address and Telephone]

535 Mancin Rose Dr. Apt #725
Apopka FL 32703
407-394-7700