IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIRST DISTRICT

JOHN PETERSON JANVIER,
APPELLANT,

CASE NO: 1D12-4663
L.T.NO: CW201001310

V.

DEPARTMENT OF AGRICLTURE
AND CONSUMER, ETC., ET AL
APPELLEE.
_____/

## MOTION TO REQUEST JUDICIAL NOTICE

APPELLANT, RESECTFULLY REQUEST THIS COURT TAKE JUDICIAL NOTICE OF SECTION 790.53(3), FLORIDA STATUTES, OPEN CARRY OF WEAPONS,- AND SECTION 777.04(5)(A), FLORIDA STATUTES, PURSUANT TO SECTION 90.201(1),(2),(3), FLORIDA STATUTES AND SECTION 90.202(6),(11), AND (12), FLORIDA STATUTES. THE OFFENSE OF WHICH APPELLANT WAS CONVICTED DOES NOT DISQUALIFIES HIM FROM HOLDING A CONCEALED WEAPON LICENSE. ATTEMPT/FAILED TO COMMIT CARRYING A CONCEALED FIREARM IS [OPEN CARRY OF FIREARM/WEAPON] A MISDEMEANOR.

RESPECTFULLY SUBMITTED,

JOHN PETERSON JANVIER,
2152 RIDGE DR.
WINTER PARK, FLORIDA 32792-1832
(407) 394-7700

EXHIBIT "A"

## DISTRICT COURT OF APPEAL, FIRST DISTRICT
2000 Drayton Drive
Tallahassee, Florida 32399-0950
Telephone No. (850)488-6151

April 03, 2013

CASE NO.: 1D12-4663
L.T. No.: CW201001310

John Peterson Janvier    v.    Department of Agriculture and Consumer, etc., et al

Appellant / Petitioner(s),         Appellee / Respondent(s)

**BY ORDER OF THE COURT:**

Appellant's motion filed March 6, 2013, for rehearing is denied.

Appellant's motion filed March 13, 2013, to request judicial notice is granted.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

John R. Perry          John Peterson Janvier

jm

JON S. WHEELER, CLERK



