# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN PETERSON JANVIER,**

       **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No:  6:17-cv-1001-Orl-DCI**

**BILL COWLES,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court following the Final Pretrial Conference held on April 26, 2018.  As stated on the record at the hearing, the Court continues to question whether it has subject matter jurisdiction over this case.  The parties were required to, but have not, provided a sufficient explanation as to whether the Court has subject matter jurisdiction over this case.  Docs. 26 at 12; 27 at 1.  Therefore, the Court will direct Defendant, who has counsel in this matter, to either file a brief explaining why the Court has subject matter jurisdiction over this case, or a motion to dismiss explaining why the Court does not have subject matter jurisdiction over this case.  In light of this unsettled issue, the Court will continue the trial to a later date, which will be set by separate order.

Accordingly, it is **ORDERED** that:

1. The bench trial set for May 8, 2018, is **CANCELLED**;

2. **On or before May 11, 2018**, Defendant shall file either:

    a. A brief explaining why the Court has subject matter to over this case; or

    b. A motion to dismiss explaining why the Court does not have subject matter jurisdiction over this case;

3.  Defendant must provide citations to relevant authority in support of its brief or motion to dismiss; and

4.  In the event the Court determines that it has subject matter jurisdiction over this case, the Court will enter an order setting deadlines for the amended joint pretrial statement and a date certain for trial.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties