FILED

2018 MAY 21 PM 12:05

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JOHN PETERSON JANVIER,   Case No. 6:17-cv-1001-ORL-40DCI

PLAINTIFF,

vs.

BILL COWLES, SUPERVISOR of
ELECTION, ORANGE COUNTY FLORIDA

DEFENDANT.
_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL

Comes Now, Plaintiff, John Peterson Janvier, pursuant to Federal Rule of Civil Procedure, hereby submits this Voluntary Dismissal.

Respectfully Submitted,

John Peterson Janvier
535 Moncia Rose Dr. apt 723
Apopka FL 32703

## CERTIFICATE OF SERVICE

I hereby certify that I sent by the U.S. first-class mail to Shannin Law Firm, P.A., 214 East Lucerne Circle, Suite 200 Orlando, Florida 32801 on May 18, 2018.