# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN PETERSON JANVIER,**

    **Plaintiff,**

v.                                                                   **Case No: 6:17-cv-1001-Orl-DCI**

**BILL COWLES,**

    **Defendant.**

## ORDER

This cause comes before the Court for consideration on Plaintiff's notice of voluntary dismissal (Doc. 31) and Defendant's response thereto (Doc. 33). The Court construes Plaintiff's notice as seeking dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), which states that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." *Id*. Defendant does not object to dismissal of this case pursuant to that Rule. Doc. 33. Therefore, the Court finds Plaintiff's notice of voluntary dismissal well-taken.

Accordingly, it is **ORDERED** that:

1. All pending motions are **DENIED as moot**;
2. The case is **DISMISSED without prejudice**; and
3. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties